[No. 28342-5-II.   Division Two.   July 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY R. RICH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-00135-3, Barbara D. Johnson, J., entered February 7, 2002. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, J.; Quinn-Brintnall, A.C.J., dissenting in part.

[No. 28721-8-II.   Division Two.   July 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY K. HARFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 02-1-00011-3, Thomas J. Majhan, J., entered April 30, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 21101-1-III.   Division Three.   July 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMON EUGENE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00400-9, Paul A. Bastine, J., entered May 2, 2002. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21108-8-III.   Division Three.   July 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN M. NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-1-00325-9, Robert L. Zagelow, J., entered April 29, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.